AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:22-MJ-121
Tracey M. Booth, a male black, born in 1988, who is )
currently incarcerated at the Franklin County Correction )
Center, located at 2460 Jackson Pike, Columbus, Ohio )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Tracey M. Booth, a male black, born in 1988, who is currently incarcerated at the Franklin County Correction Center, located at 2460 Jackson Pike, Columbus, Ohio

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

Saliva and/or blood samples from the body of Tracey M. Booth

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a firearm by a prohibited person |

The application is based on these facts:
See attached affidavit, which is fully incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Aaron Green*
Applicant's signature

Aaron Green, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence. VIA FACETIME

Date: 2/22/2022

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Aaron Green, being duly sworn, hereby depose and say:

## INTRODUCTION

1.  I have been a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since November of 2017. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program. I was a member of the Federal Air Marshal Service, with the Department of Homeland Security, from December 2010 to July 2016 and a graduate of the Federal Law Enforcement Training Center, Federal Air Marshal Training Program. I worked as a patrol officer for the Columbus Police Department in Columbus, Ohio from December 2000 to December 2010, and from April 1998 to December 2000, I was employed as a patrol officer for the Suffolk Police Department in Suffolk, Virginia. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

## PURPOSE OF THE AFFIDAVIT

2.  I make this affidavit in support of an application for a warrant because there is probable cause to believe that evidence of a crime, namely, a violation of 18 U.S.C. § 922(g) (possession of a firearm by a prohibited person), exists and can be found on the following person: Tracey M. BOOTH, a male black, born in 1988, who is currently incarcerated at the Franklin County Correction Center, located at 2460 Jackson Pike, Columbus, Ohio

1

3. This affidavit is intended to show that there is sufficient probable cause for the requested search warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter. The facts and information contained in this affidavit are based on my personal knowledge, my training and experience, my interviews of various witnesses, including law enforcement personnel who participated in the investigation, and my review of certain records, documents, and surveillance

## ITEMS TO BE SEIZED

4. Saliva and/or blood samples from the body of BOOTH.

## SUMMARY OF PROBABLE CAUSE

5. On February 13, 2022, Officers responded to 2142 Sunshine Place, Columbus, Ohio, on a complaint by a female, who stated that her husband, Tracey BOOTH, was inside the residence threatening her with a firearm.

6. When Officers arrived, they observed BOOTH flee the residence on foot. Officers pursued BOOTH on foot and were informed by the female that BOOTH had thrown a firearm into the bushes. Officers instructed the female not to touch the firearm and continued to pursue BOOTH. Officers were able to apprehend BOOTH next to 2254 Sunshine Place, Columbus, Ohio.

7. Officers went back to 2116 Sunshine Place and recovered a Ruger SRC 9 mm firearm, with serial number 332-36635, in the bush next to the residence. Officers ran a record check on the Ruger SRC 9 mm firearm, with serial number 332-36635, and it came back stolen. Officers also ran a warrant check on BOOTH and discovered that he had an active Domestic Violence warrant out of Columbus, Ohio, with case number 22 CRB 1965.

8.  BOOTH was read his Miranda Rights and signed the form stating that he understood them. BOOTH stated that the firearm belonged to his wife who was lying and trying to put him in jail. Officers asked BOOTH for a DNA sample, but BOOTH continually avoided the question. Officers then asked if BOOTH'S DNA was on the Ruger SRC 9 mm firearm, with serial number 332-36635, and he replied that he had handled the Ruger SRC 9 mm firearm, with serial number 332-36635, two days ago when the female got it.

9.  An ATF agent with experience in determining the interstate nexus of firearms has concluded that the firearm was not made in the State of Ohio and therefore has traveled across state lines, creating an interstate-commerce nexus.

10. BOOTH has previously been convicted of offenses punishable by a prison term exceeding one year. According to court records from the Franklin County Court of Common Pleas, BOOTH has been convicted of the following: in Franklin County Court of Common Pleas Case Number 07-CR-007296, two counts of Aggravated Robbery, felonies of the first degree; and in Franklin County Court of Common Pleas Case Number 17-CR-000841, Possession of Drugs, a felony of the second degree and Having a Weapon While Under Disability, a felony of the third degree. BOOTH also has a conviction in the Franklin County Court of Common Pleas, case number 07-CR-005644, Carrying a Concealed Weapon, a felony of the fifth degree and a pending Domestic Violence and Assault charge in Franklin County Municipal Court.

11. Because BOOTH was incarcerated over a year for one or more of these convictions, he was aware that one or more of the offenses for which he was convicted was punishable by a prison term exceeding one year.

12. For the foregoing reasons, I respectfully request that a saliva and/or blood specimen be obtained from BOOTH for the purposes of comparing and testing said substance with cellular evidence that has been collected from the firearm.

## CONCLUSION

13. Based upon the foregoing facts and my training and experience, probable cause exists to believe that evidence of a crime, namely, a violation of 18 U.S.C. § 922(g) (possession of a firearm by a prohibited person), exists and can be found on the person of Tracey M. BOOTH, a male black, born in 1988, who is currently incarcerated at the Franklin County Correction Center, located at 2460 Jackson Pike, Columbus, Ohio.

*Aaron Green*
Aaron Green
Special Agent, ATF
Columbus, Ohio

Subscribed and sworn to before me this 22d day of February 2022.

Honorable Elizabeth A. Preston Deavers
United States Magistrate Judge